# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JESSE DILLON SALTER

NO. 2021 KW 0821

**OCTOBER 04, 2021**

---

In Re:    State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 3316-F-2020, 3317-M-2020.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED.** The trial court's ruling granting the motion to suppress the revolver and the methamphetamine is reversed, and this matter is remanded for further proceedings. An officer does not violate the Fourth Amendment by making a traffic stop when the officer randomly checks a license plate number of a vehicle on a public road. **State v. Weber,** 2013-1851 (La. 5/30/14), 139 So.3d 519, 522 (per curiam). The officer conducted a proper traffic stop after learning that the driver did not have insurance on the vehicle. See **State v. Prince,** 50,548 (La. App. 2nd Cir. 4/13/16), 195 So.3d 6. Upon obtaining consent from James to search the vehicle, the officer found and properly seized the gun and drugs. See **State v. Coleman,** 2014-0402 (La. 2/26/16), 188 So.3d 174, 192.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT